# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>vs.<br>CARLOS ZAMUDIO-HERNANDEZ<br>Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 12-CR-3002-MWB-1<br>Presiding Judge: Mark W. Bennett<br>Deputy Clerk: /s/ Melissa Carrington<br>Court Reporter: Shelly Semmler  Contract? No<br>(If yes, send copy to financial)<br>Recording: Yes   Method: FTR Gold |

| Date: | 6/27/2012 | Start: | 3:04 p.m. | Adjourn: | 3:22 p.m. | Courtroom: | Donald E. O'Brien Courtroom |
|---|---|---|---|---|---|---|---|
| Recesses: | None | | | Time in Chambers: | None | | Telephonic? No |

| Appearances: | Plaintiff(s): | Shawn Wehde |
|---|---|---|
| | Defendant(s): | Michael Nelson (defendant personally present) |
| | U.S. Probation: | Chad Zach |
| | Interpreter: | None  Language: ---  Certified: ---  Phone - |

**TYPE OF PROCEEDING:** IS THE HEARING  Contested? No  Continued from a previous date? No

**SENTENCING:**

| | | |
|---|---|---|
| Objections to PSIR: | | Ruling: |
| Motions to vary/depart: | | Ruling: |
| Count(s) dismissed: | | |
| Sentence (See J & C): | 120 months on counts 1 and 2, to run concurrently | |
| Fine: waived | Special assessment: | $200 |
| Supervised Release: | 5 years on each count, to run concurrently | |
| Court's recommendations (if any): | BOP Facility as close as possible to Riverside, California | |
| Defendant is | detained. | and shall report |
| **Witness/Exhibit List is** | none | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

**Miscellaneous:**