# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-3535
_____

United States of America

Plaintiff - Appellee

v.

Jesus Quintero-Felix

Defendant - Appellant

------

Appeal from U.S. District Court for the Northern District of Iowa - Sioux City
(3:12-cr-03002-MWB-2)

------

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

May 01, 2013

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans