IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,  )
    Respondent,  )
)    Case No. 3:12-cr-03002-MWB ALL
)
V.  )
)
)
JESUS QUINTERO-FELIX,  )
    Defendant-Petitiner.  )

## MOTION FOR RETENTION AND APPOINTMENT OF COUNSEL

NOW COMES, the Defendant-Petitioner, proceeding pro se in the above captioned cause, respectfully moves this Honorable Court to appoint counsel pursuant to 18 U.S.C. § 3006A(c), for the Defendant, Nunc Pro Tunc.

In support thereof, Petitioner states that he has been previously represented by appointed counsel through the CJA, and he is unable to afford counsel to assist him in filing his legal document(s) under 18 U.S.C. § 3582(c)(2) to correct and modify his sentence pursuant to Amendment 782. Therefore, due to his indigence, Petitioner's prayer is that this Court will grant this motion for appointment of counsel.

RESPECTFULLY SUBMITTED this 20 day of November, 2014.

Quintero-Felix Jesus
Jesus Quintero-Felix
Reg. No. 11870-029
FCI Victorville I
P.O. Box 3725
Adelanto, CA. 92301

## CERTIFICATE OF SERVICE

I, Jesus Quintero-Felix, certify under penalty of perjury that I have sent the original and one copy of my "Motion for Retention of Counsel," to the: United States District Court for the District of Iowa, Office of the Clerk, 320 Sixth Street, Room 301, Sioux City - IA. 51101, this 20 day of November, 2014.

RESPECTFULLY SUBMITTED,

*Quintero-Felix Jesus*
Jesus Quintero-Felix
Reg. No. 11870-029
FCI Victorville I
P.O. Box 3725
Adelanto, CA. 92301

Prepared By: A.J. Scott

NAME: Quintero-Felix Jesus
REG #: 11870-029
FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 3725
ADELANTO, CA 92301

SN BERNARDINO CA 924
26 NOV 2014 PM 4 L

NOV 26 2014

United states District court
for the District of Iowa, office of
the clerk, 320 Sixth Street,
Room 301, Sioux city, IA, 51101

Legal Mail