# United States District Court
## For The
## Northern District of Iowa

UNITED STATES OF AMERICA

v.

RENNEE ANNE AUTEN          Case No.    CR 12-3002-3-LTS

On January 16, 2015, the above named commenced a 5 year term of supervision. The defendant has complied with the conditions of supervision and is no longer in need of supervision. It is therefore recommended that she be discharged from supervision prior to the expiration date of January 15, 2020.

Approved:                                            Respectfully submitted,

_____       _____
Darryl Weidner                                  Mukaddas Alhassan
Supervising United States Probation Officer     United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __12th__ day of __August__, 2019.

_____
Leonard T. Strand
Chief United States District Court Judge